PROB 34
(Rev. 5/01)

**Report and Order Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

**FILED**
DISTRICT COURT OF GUAM

JUN 2 3 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

UNITED STATES OF AMERICA

v.

YU MI LIN

CRIMINAL CASE NO. 01-00044-005

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **April 14, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



RECEIVED
JUN 2 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon V. Johnson, AUSA
G, Patrick Civille, Defense Counsel
Guam Bureau of Immigration and Customs Enforcement
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 23rd day of June 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL